UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD COURANT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK L. CARROLL III, in his Official Capacity as Chief Court Administrator of the Connecticut Superior Court; and<br><br>ANN-MARGARET ARCHER; KAREN A. BERRIS; ROBERT BURKE; ANTONIO D'ADDEO; RALPH DAGOSTINE; CYNTHIA DEGOURSEY; JILL DRISCOLL; CAROLINE FARGEORGE; TAMMY FLUET; DAVID S. GAGE; ERIC R. GROODY; LISA C. GROODY; RICHARD L. HAAS, JR.; KERRI HALL; WILLIAM M. HOEY; JUDITH LEE; LAURA A. LEIGH; DEBORA KASZUBA NEARY; CARA PARKINSON; BRANDON PELEGANO; GINA PICKETT; JAMES QUINN; JENNIFER ROBINSON; MARK SHEA; ROY SMITH, JR.; GIOVANNI SPENNATO; GEOFFREY STOWELL; HARALABOS VALASSIS; JULIE VANAM; ROBERT A. WILOCK, II; BRANDI YANAVICH; and MARCI YOUNG, in their respective Official Capacities as Chief Clerks and Deputy Chief Clerks in the Judicial District and Geographical Area courts of the Connecticut Superior Court,<br><br>Defendants. | Civil Action No. _____ |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the Plaintiff The Hartford Courant Company, LLC ("the Courant"), by and through its counsel, states the following:

1

The Courant is a subsidiary of Tribune Publishing Company, which is a publicly held company. There is no publicly held corporation owning 10 percent (10%) or more of Tribune Publishing Company.

Dated: December 11, 2019

Respectfully submitted,

THE HARTFORD COURANT COMPANY, LLC

By /s/ William S. Fish, Jr.
William S. Fish, Jr. (ct05349)
Alexa T. Millinger (ct29800)
HINCKLEY, ALLEN & SNYDER LLP
20 Church Street, 18th Floor
Hartford, CT 06103
Phone: 860.331.2700
Facsimile: 860.278.3802
wfish@hinckleyallen.com
amillinger@hinckleyallen.com

Katie Townsend (*pro hac vice* pending)
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

Its Attorneys