UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD COURANT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK L. CARROLL III, in his Official Capacity as Chief Court Administrator of the Connecticut Superior Court; and<br><br>ANN-MARGARET ARCHER; KAREN A. BERRIS; ROBERT BURKE; ANTONIO D'ADDEO; RALPH DAGOSTINE; CYNTHIA DEGOURSEY; JILL DRISCOLL; CAROLINE FARGEORGE; TAMMY FLUET; DAVID S. GAGE; ERIC R. GROODY; LISA C. GROODY; RICHARD L. HAAS, JR.; KERRI HALL; WILLIAM M. HOEY; JUDITH LEE; LAURA A. LEIGH; DEBORA KASZUBA NEARY; CARA PARKINSON; BRANDON PELEGANO; GINA PICKETT; JAMES QUINN; JENNIFER ROBINSON; MARK SHEA; ROY SMITH, JR.; GIOVANNI SPENNATO; GEOFFREY STOWELL; HARALABOS VALASSIS; JULIE VANAM; ROBERT A. WILOCK, II; BRANDI YANAVICH; and MARCI YOUNG, in their respective Official Capacities as Chief Clerks and Deputy Chief Clerks in the Judicial District and Geographical Area courts of the Connecticut Superior Court,<br><br>Defendants. | Civil Action No. 3:19-cv-01951-MPS |

## MOTION FOR A PRELIMINIARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a), and for the reasons set forth in the Memorandum of

Law submitted contemporaneously herewith, Plaintiff The Harford Courant Company, LLC

ORAL ARGUMENT REQUESTED    1

respectfully moves that this Court enter a preliminary injunction prohibiting Defendants, in their official capacities as Chief Court Administrator, Chief Clerk, and Deputy Chief Clerk, from sealing or permitting the sealing of any newly filed judicial records, including docket sheets, in any matter transferred to their respective courts pursuant to Section 46b-127(c)(1) of the General Statutes of Connecticut. In addition, Plaintiff respectfully seeks preliminary injunctive relief to require Defendants, in their official capacities as Chief Court Administrator, Chief Clerk, and Deputy Chief Clerk, to unseal all judicial records, including docket sheets, that have previously been sealed pursuant to Section 46b-127(c)(1).

Dated: March 26, 2020

        Respectfully submitted,

        THE HARTFORD COURANT COMPANY, LLC

        By: */s/ William S. Fish, Jr.*
           William S. Fish, Jr. (ct05349)
           Alexa T. Millinger (ct29800)
           HINCKLEY, ALLEN & SNYDER LLP
           20 Church Street, 18th Floor
           Hartford, CT 06103
           Phone: 860.331.2700
           Facsimile: 860.278.3802
           wfish@hinckleyallen.com
           amillinger@hinckleyallen.com

           Katie Townsend (phv10445)
           THE REPORTERS COMMITTEE FOR
           FREEDOM OF THE PRESS
           1156 15th St. NW, Suite 1020
           Washington, D.C. 20005
           Phone: 202.795.9300
           Facsimile: 202.795.9310
           ktownsend@rcfp.org

        Its Attorneys

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on March 26, 2020. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Katie Townsend*
Katie Townsend
*Counsel for The Hartford Courant Company, LLC*