UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD COURANT COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK L. CARROLL III, in his Official Capacity as Chief Court Administrator of the Connecticut Superior Court; and <br><br> ANN-MARGARET ARCHER; KAREN A. BERRIS; ROBERT BURKE; ANTONIO D'ADDEO; RALPH DAGOSTINE; CYNTHIA DEGOURSEY; JILL DRISCOLL; CAROLINE FARGEORGE; TAMMY FLUET; DAVID S. GAGE; ERIC R. GROODY; LISA C. GROODY; RICHARD L. HAAS, JR.; KERRI HALL; WILLIAM M. HOEY; JUDITH LEE; LAURA A. LEIGH; DEBORA KASZUBA NEARY; CARA PARKINSON; BRANDON PELEGANO; GINA PICKETT; JAMES QUINN; JENNIFER ROBINSON; MARK SHEA; ROY SMITH, JR.; GIOVANNI SPENNATO; GEOFFREY STOWELL; HARALABOS VALASSIS; JULIE VANAM; ROBERT A. WILOCK, II; BRANDI YANAVICH; and MARCI YOUNG, in their respective Official Capacities as Chief Clerks and Deputy Chief Clerks in the Judicial District and Geographical Area courts of the Connecticut Superior Court, <br><br> Defendants. | Civil Action No. 3:19-cv-01951-MPS |

## **SCHEDULING ORDER**

The parties' Joint Motion for Entry of Revised Scheduling Order is GRANTED. It is

hereby ORDERED that the Court's March 10, 2020 Scheduling Order (ECF No. 24) and

1

March 30, 2020 Order (ECF No. 28) are VACATED, and that the deadlines in this matter shall be as follows:

- Defendants' response to Plaintiff's motion for a preliminary injunction shall be due on May 11, 2020.

- The parties shall disclose any expert witnesses and serve any expert reports pursuant to, and in accordance with, Fed. R. Civ. P. 26(a)(2) by May 11, 2020.

- The parties shall disclose any rebuttal expert witnesses and serve any rebuttal expert reports pursuant to, and in accordance with, Fed. R. Civ. P. 26(a)(2) by June 5, 2020.

- Plaintiff's reply in support of its motion for a preliminary injunction shall be due on June 5, 2020.

- Discovery (including expert discovery) shall be completed (not propounded) by August 14, 2020.

- Plaintiff's motion for summary judgment and/or motion for permanent injunction shall be due on September 11, 2020.

- Defendants' opposition(s) and/or their own motion for summary judgment shall be due October 13, 2020.

- Plaintiff's opposition and reply brief(s) shall be due on November 12, 2020.

- Defendants' reply shall be due on December 3, 2020.

Because the parties do not anticipate that a trial will be necessary for the resolution of this case, the Court does not set a deadline for a joint trial memorandum.

The foregoing does not preclude the parties from filing any discovery motions (*e.g.*, motions to compel) or other motions as needed, but the parties shall work in good faith to avoid the need for further revisions to the schedule set forth above.

IT IS SO ORDERED.

/s/<br>Michael P. Shea, U.S.D.J.

Dated:   Hartford, Connecticut
         April 10, 2020