**REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**

1156 15th St. NW, Suite 1020
Washington, D.C. 20005
(202) 795-9300
www.rcfp.org

Bruce D. Brown
Executive Director
bbrown@rcfp.org
(202) 795-9301

**STEERING COMMITTEE**

STEPHEN J. ADLER
*Reuters*
J. SCOTT APPLEWHITE
*The Associated Press*
WOLF BLITZER
*CNN*
DAVID BOARDMAN
*Temple University*
THEODORE J. BOUTROUS, JR.
*Gibson, Dunn & Crutcher LLP*
MASSIMO CALABRESI
*Time Magazine*
MANNY GARCIA
*Pro Publica*
EMILIO GARCIA-RUIZ
*The Washington Post*
JOSH GERSTEIN
*POLITICO*
ALEX GIBNEY
*Jigsaw Productions*
SUSAN GOLDBERG
*National Geographic*
JAMES GRIMALDI
*The Wall Street Journal*
LAURA HANDMAN
*Davis Wright Tremaine*
DIEGO IBARGÜEN
*Hearst*
KAREN KAISER
*The Associated Press*
DAVID LAUTER
*Los Angeles Times*
MARGARET LOW
*WBUR*
JANE MAYER
*The New Yorker*
COLLEEN MCCAIN NELSON
*The McClatchy Company*
MAGGIE MULVIHILL
*Boston University*
JAMES NEFF
*The Philadelphia Inquirer*
NORMAN PEARLSTINE
*The Los Angeles Times*
THOMAS C. RUBIN
*Stanford Law School*
CHARLIE SAVAGE
*The New York Times*
JENNIFER SONDAG
*Bloomberg News*
NABIHA SYED
*The Markup*
ADAM SYMSON
*The E.W. Scripps Company*
PIERRE THOMAS
*ABC News*
SAUNDRA TORRY
*Freelance*
VICKIE WALTON-JAMES
*NPR*
JUDY WOODRUFF
*PBS/The NewsHour*

**HONORARY LEADERSHIP COUNCIL**

CHIP BOK
*Creators Syndicate*
TONY MAURO
*American Lawyer Media, ret.*
DAHLIA LITHWICK
*Slate*
ANDREA MITCHELL
*NBC News*
CAROL ROSENBERG
*The New York Times*
PAUL STEIGER
*ProPublica*

*Affiliations appear only
  for purposes of identification.*

August 24, 2020

Honorable Judge Michael P. Shea
United States District Judge
U.S. District Court for the District of Connecticut
450 Main Street
Hartford, Connecticut 06103

**VIA ECF**

Re:  *The Hartford Courant Company, LLC v. Patrick L. Carroll III, et al.* (19-cv-01951-MPS)

Dear Judge Shea:

    Plaintiff The Hartford Courant Company, LLC (the "Courant") writes to request that the Court set a status conference in the above-captioned matter at the Court's earliest convenience concerning the Motion to Stay Pending Appeal (the "Motion") filed by Defendants on August 18, 2020.  ECF 48.

    Defendants' Motion seeks both a stay of this Court's July 24, 2020 preliminary injunction order, ECF 46 (the "Order"), as well as a stay of all further proceedings before the Court pending resolution of Defendants' appeal from the Order, which was noticed on August 18, 2020, ECF 47. Portions of the Order went into effect immediately on July 24, 2020.  The portion of the Order concerning unsealing that was stayed for 30 days is now in effect; the 30-day stay entered by the Court expired on August 23, 2020. As of today, it appears the Courant has electronic access to docket information in pending matters that were transferred from the juvenile docket to the regular criminal docket pursuant to Conn. Gen. Stat. § 46b-127 prior to the date of the Order.

    The Courant's opposition to Defendants' Motion is due on September 8, 2020.  However, the Courant will be filing its opposition today and, in light of the foregoing, respectfully requests that the Court set a status conference concerning Defendants' Motion at the Court's earliest convenience.

Respectfully submitted,

*s/ Katie Townsend*
Katie Townsend (phv10445)
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005

Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

William S. Fish, Jr. (ct05349)
HINCKLEY, ALLEN & SNYDER LLP
20 Church St.
Hartford, CT 06103
Phone: 860.331.2700
Facsimile: 860.278.3802
wfish@hinckleyallen.com

*Counsel for Plaintiff The Hartford Courant Company, LLC*