# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of September, two thousand twenty.

Before:     Robert A. Katzmann,
                *Circuit Judge.*

_____

Hartford Courant Company, LLC,

       Plaintiff - Appellee,

v.

Patrick L. Carroll, III, in his Official Capacity as Chief Court Administrator of the Connecticut Superior Court, et al.,

       Defendants - Appellants.

_____

**ORDER**

Docket No. 20-2744

     Appellants move for an order staying enforcement of the preliminary injunction issued by the District Court on July 24, 2020 and for a stay of any further proceedings in the District Court during the pendency of this appeal. Appellee opposes the motion.

     It is hereby ORDERED that the motion is REFERRED to the next available three-judge motions panel. It is further ORDERED that a temporary stay is granted pending decision on the motion by the panel.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON SEPTEMBER 8, 2020