D. Conn.
19-cv-1951
Shea, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of September, two thousand twenty.

Present:
    John M. Walker, Jr.,
    Guido Calabresi,
    Susan L. Carney,
        *Circuit Judges*.

Hartford Courant Company, LLC,

    *Plaintiff-Appellee*,

v.                                                  20-2744

Patrick L. Carroll, III, in his Official Capacity as Chief Court Administrator of the Connecticut Superior Court, et al.,

    *Defendants-Appellants*.

Defendant-Appellants move for an order staying enforcement of the preliminary injunction issued by the District Court on July 24, 2020, and for a stay of any further proceedings in the District Court during the pendency of this appeal. Plaintiff-Appellee opposes the motion. Upon due consideration, it is hereby ORDERED that the motion is GRANTED and enforcement of the preliminary injunction is STAYED. Appellants have made the requisite showing that they are entitled to a stay. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

It is further ORDERED that related proceedings in the District Court shall be stayed during the pendency of this appeal, which shall be considered on an expedited basis, as follows. Defendants-Appellants' briefs shall be filed on or before October 13, 2020; Plaintiff-Appellee's brief shall be filed on or before November 3, 2020; and Defendants-Appellants' reply brief, if any, shall be filed on or before November 10, 2020.

The Clerk is directed to place this case on the first available calendar.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON SEPTEMBER 23, 2020