# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of March, two thousand twenty-one.

Hartford Courant Company, LLC,

        Plaintiff - Appellee,

v.

Patrick L. Carroll, III, et al.,

        Defendants-Appellants.

STATEMENT OF COSTS

Docket No. 20-2744

IT IS HEREBY ORDERED that costs are taxed in the amount of $73.80 in favor of the Appellee.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/03/2021